UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN GREENE, *et al.*, | ) |
| Plaintiffs, | ) Case No.: 2:15-cv-02096-GMN-PAL |
| vs. | ) |
| | ) **ORDER** |
| SHAWN DANTZLER, | ) |
| Defendant. | ) |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 2), which recommends that the Plaintiffs' Complaint should be dismissed with prejudice and judgment entered accordingly.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

///

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this ___15___ day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court